Form G-15

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
EASTERN DIVISION
219 S. Dearborn Street, Room 713, Chicago, IL 60604

CHANGE OF ADDRESS – **CREDITOR**

**If completed by an attorney, this form must be filed electronically in CM/ECF.**
This form cannot be used to change the name of a creditor.

In re: Irene Medina            Case Number: 24-01760
       Brittany M Wilson        Chapter: 13

Check which type of address change is being requested:

[✔] Notice only     [ ] Payment only     [ ] Notice & Payment

Creditor's Name: Minute Clinic

Enter related claim number(s) if any:          Dollar Amount: $

Previous Notice Address:              New Notice Address:
Minute Clinic                         Minute Clinic
920 2nd Ave.                          1 Cvs Dr
South Minneapolis, MN 55402-3318      Woonsocket, RI 02895-6146

Previous Payment Address:             New Payment Address:

Change requested by:     David H Cutler, Attorney at Law
(Printed name and title)
                         Mailing Address
                         4131 Main St., Skokie, IL 60076

Creditor Phone Number:
Creditor Email Address:
            Signature and Date
            /s/David H Cutler 2.28.24

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/26/24